NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

CANNERY WORKERS OF the PACIFIC, affiliated with the Seafarers International Union of North America, AFL–CIO, Respondent.

No. 21680.

United States Court of Appeals Ninth Circuit.

June 24, 1968.

Arnold Ordman, General Counsel, N.L.R.B., Dominick L. Manoli, Associate General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, Warren M. Davison (argued), Hans J. Lehmann, Attys., N.L.R.B., Washington, D. C.; Ralph E. Kennedy, Director, N.L.R.B., Los Angeles, Cal., for appellant.

Robert W. Gilbert (argued), of Gilbert & Nissen, Beverly Hills, Cal., Schulman, Abarbanel & Kroner, New York City, for appellee.

Before HAMLEY and MERRILL, Circuit Judges, and REAL,* District Judge.

PER CURIAM:

The above-entitled petition for enforcement of the order of June 21, 1966, issued by the National Labor Relations Board, is granted on the authority of National Labor Relations Board v. Industrial Union of Marine and Shipbuilding Workers of America, AFL–CIO, and its Local 22. 391 U.S. 418, 88 S.Ct. 1717, 20 L.Ed.2d 706, decided May 27, 1968.

Frank GARCIA et al., Appellants,

v.

PACIFIC MARITIME ASSOCIATION, a non-profit corporation, et al., Appellees.

No. 21087.

United States Court of Appeals Ninth Circuit.

July 11, 1968.

Sidney Gordon, Los Angeles, Cal., for appellant.

Richard Ernst, Mary C. Fisher, Norman Leonard, of Gladstein, Anderson, Leonard & Sibbett, San Francisco, Cal., for International Longshoremen's & Warehousemen's Union, et al.

Fisher & Ernst, San Francisco, Cal., for Pacific Maritime Ass'n.

Before POPE, HAMLEY and MERRILL, Circuit Judges.

PER CURIAM:

This is an appeal from a district court order denying the motion of plaintiffs for a preliminary injunction containing mandatory features. Assuming that the district court had jurisdiction to entertain the suit, and jurisdiction to grant the requested injunction if otherwise meritorious, we hold that, under the circumstances here shown to exist, the denial of the motion was not an abuse of discretion. The order is therefore

Affirmed.

---

* The Honorable Manuel Real, United States District Judge for the Central District of California, sitting by designation.